FILED
AUG - 5 2026
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 4:26-CR-00370 SRC/RHH |
| | ) | |
| CHRISTOPHER CERRO, | ) | |
| | ) | |
| Defendant. | ) | |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about July 6, 2026, in the City of St. Louis, within the Eastern District of Missouri,

**CHRISTOPHER CERRO,**

the Defendant, falsely assumed or pretended to be an employee acting under the authority of the United States or any department, agency, or officer thereof and acted as such.

In violation of Title 18, United States Code, Section 912.

### COUNT TWO

The Grand Jury further charges that:

On or about July 6, 2026, in the City of St. Louis, within the Eastern District of Missouri,

**CHRISTOPHER CERRO,**

the Defendant, did knowingly possess or cause to be present one or more firearms or other dangerous weapons in a Federal Facility.

In violation of Title 18, United States Code Section 930.

### FORFEITURE ALLEGATION

The Grand Jury further finds by probable cause that:

1. Pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), upon conviction of an offense in violation of Title 18, United States Code, Section 930 as set forth above, the Defendant shall forfeit to the United States of America any firearm or ammunition involved in or used in said violation.

2. If any of the property described above, as a result of any act or omission of the Defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States of America will be entitled to the forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

A TRUE BILL

____________________________
FOREPERSON

THOMAS C. ALBUS
United States Attorney

____________________________
NINO PRZULJ, #68334(MO)
Assistant United States Attorney